FILED

3:05-cv-339(PCD)

AO 243    (Rev. 2/95)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| **United States District Court** | District | USDC For Connecticut (New Haven Div.) |
|---|---|---|

U.S. DISTRICT COURT
NEW HAVEN, CT

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| Armando Silvestre-Contreras | REG# 14857-014 | 3:02-CR-00276 |

| Place of Confinement | |
|---|---|
| FCI Schuylkill POB 759 , Minersville, Pa. 17954 | |

UNITED STATES OF AMERICA    v.    Armando Silvestre-Contreras

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack

   U.S.D.C. For The Dist. Of Connecticut (New Haven Div.)
   141 Church Street New Haven, CT 06510

2. Date of judgment of conviction

   Sentence Date: 12/15/03.

3. Length of sentence
   120 Months [Ten Years]

4. Nature of offense involved (all counts)

   Title 21 U.S.C. 841 (b)(1)(A)(iii)
   "Cocaine Base/Crack; Poss. Of Control. Substance
   With Intent To Distrib.
   COUNT ONE

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   I was informed by Counsel to involuntarily plead to COUNT ONE (IN EXCHANGE FOR COUNT TWO being DROPPED) which is a drug Count, with Counsel also not having explained the remifications of Mandatory Minimum sentences or his having explained to me the concept of enhancements which would be applied to my sentence if I did not plea as such and get Mand. Min. I have no knowledge as to law, I speak only Spanish. I suffered a gunshot wound to my head, have memory loss and epilepsy.(1/2000)

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐    N/A Plead Guilty    I was also told to plea and I would
   (b) Judge only ☐                 receive 65% of my actual sentence time.
                                     This, being a lie by Counsel.

7. Did you testify at the trial?
   Yes ☐    No ☒    N/A PLead Guilty

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐    Attempted such and tried at sentencing to preserve rights for same But, due to my then appointed Counsel's interests in being so inept, and his desire to not work with me (for ex. in my then cooperative § 5K efforts with the govt.),counsel filed an Anders

   (2)    Brief and withdrew from my case abandoning me in a prejudicial fashion.

AO 243    (Rev. 2/95)

9.   If you did appeal, answer the following:    YES APPEALED CASE
                                                 (Sentence Portion)

   (a)  Name of court
        US Court Of Appeals For The 2nd Circuit (Case No. 04-085)
   (b)  Result
        None except an unexpected Anders v. Calif. Brief filed on me by Counsel
                                  (i.e. Dismissed)
   (c)  Date of result                                            Exact
        April 26, 2004 was when Anders Brief was filed (Court decision ? Unk, due to my
10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications,
     or motions with respect to this judgment in any federal court?                                    documents via
        Yes  ☐    No  ☒☒☒                                                                              transfer, etc.

11.  If your answer to 10 was "yes," give the following information:                    But I believe
                                                                                       it to be 8/6/04
   (a)  (1)  Name of court      N/A

        (2)  Nature of proceeding
                               N/A

        (3)  Grounds raised
                       N/A

        (4)  Did you receive an evidentiary hearing on your petition, application or motion?
             Yes  ☐    No  ☒☒

        (5)  Result
                               N/A

        (6)  Date of result

   (b)  As to any second petition, application or motion give the same information:

        (1)  Name of court      N/A

        (2)  Name of proceeding
                               N/A

        (3)  Grounds raised
                               N/A

(3)

AO 243   (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result        N/A

(6) Date of result    N/A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐    No ☒
(2) Second petition, etc.        Yes ☐    No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I do not speak or understand English, do not know any law, have little education and had no one to assist me and I did not know or was never informed as to my right to appeal or to answer an Anders Brief in opposition. I had no idea that Mandatory Minimum Sentences would later become "discretionary" only or that my substantial assistance to the Govt. under Rule 35(b) [5 K1.1 Letter obtention; which I DID NOT EVER RECEIVE AS PROMISED BY THE GOVT TO COERCE ME) would also later BECOME SUCCESSFUL in fact in that it did put several individuals in prison and that I would learn that I was tricked by the Govt. in them saying that my help did not do so. I now have proof of same. I am currently also in communication with the NY area Federal Dist. Courts, etc. regarding the provision of data against those individuals who attempted to murder me in Jan. of 2000. These subjects are now in custody for drug charges. I will be a witness against them. (SEE Exhibit C)

My attorney in the later stages of my adjudication Michael Moscowitz, et al previously intimidated me, browbeat me and said that I was "done" and he/she really explained nothing to me in any detail, even though they lied to the Court and said they did or had me answer, officially; "yes", they did. A lie. As a foreigner, I was lost without help in my own language and confused.

INVOKING HAINES V. KERNER FOR THE INTERPRETATION OF MY PLEADING: FOR ALL GROUNDS HEREIN PRESENTED (1-4) PLEASE REFER TO THE ENCLOSED EXHIBITS "A" & "B"(Sentencing Transcript And Medical Record respectively)

12.    State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

AO 243    (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Counsel was ineffective for not effectively and truthfully bringing to the Court's attention, and including in a follow-up fashion to the Court's attention all of the substantial assistance that the Petitioner gave to the Govt. (See Documents/Motions under SEAL and pgs. 2-5 Exhibit A Herein)

Supporting FACTS (state *briefly* without citing cases or law):

The Sixth Amendment guarantees the right to effective assistance of counsel in matters based or relating to the Defendant's efforts to obtain a lower sentence based on his cooperation with the authorities. Proof now has come to my attention that my testimony is directly responsible and linked to the present incarceration and conviction(s) of others involved in criminal enterprizes. This as previously OCCULTED from me by Govt. sources and by my ex-counsel. No Names or other data proving this point can be given here due to confidentiality concerns and past threats of harm to me and to my family, BUT will instead be expounded upon and revealed during an evidentiary hearing setting relating to my § 2255 Action. If this is for some reason DENIED as a grounds for relief, PRESS SOURCES will be releasing this same data on my behalf. The Court itself previously said that it wished to credit me for cooperation efforts(SEE EXH A)

B. Ground two: Petitioner was denied the assistance of the court; therefore his plea was involuntary,unintelligent and unknowing.[a 6th Amend rights denial]

Supporting FACTS (state *briefly* without citing cases or law):

Ground TWO above as stated, due to the fact that said Plea was predicated upon explicit guarantees (As per the assurances of Counsel) as per counsel that my entire health record would be considered and that the Pet. would receive a very-well merited Downward Departure under Section 5K provisions for health related problems and matters, etc. (See pgs. 14-16, Sentencing Transcripts Exhibit A)

Counsel was further ineffective because henever even obtained rudimentary health records and reports about my tragic post-gunshot head trauma condition (I have since, using the skills of a jailhouse lawyer here at FCI Schuylkill, obtained(Exh B) for me on this issue of health but could not due to the lack of records.(See pgs14-16 same Exh A)I would gladly undergo any required exam now for same.with re-consideration of sentence, via §2255

C. Ground three: I can now seek re-consideration, With the advent of certain U.S. Supreme Court ruling as to the Guidelines & Enhancements Mandatory Min. sentences are NOW discretionary

Supporting FACTS (state *briefly* without citing cases or law):

Following Booker, Fanfan, Blakely and S. Court actions, previously mandatory minimum sentences for a variety of crimes have NOW BECOME "discretionary" on a case by case basis (See pgs. 19-20 Sentencing Transcripts Exh A) as to the presiding sentencing judge's discretion. In my sentencing hearing, the Hon. Judge Dorsey stated his express desire (which was then prohibited, and now permitted) to apply his discretion to my sentence outside of the Mand. Guidelines, etc. and its parameters. With a now re-consideration possible by the changes associated with legal procedures and sentencing protocol. It has been additionally asserted by by various parties that the Pet. somehow waived his rights to appeal, should his sentence as given not exceed 120 months; this point is now moot with MAND. MIN. DISCRETIONARY REFORM.

(5)

AO 243    (Rev. 2/95)

D. Ground four: The Petitioner's enhancements (attempted to be applied or possibly to be attempted to be applied in the future by the Govt. in opposition to a re-sentencing of the Pet. following §2255 Action, as done to compensate(anticipated) for the lack of Mandatory Min.Sentence in the form of past convictions was and would be in violation of his 6th Amend. Const. rights.

As present in the Petitioner's currently standing sentence calculation

Supporting FACTS (state *briefly* without citing cases or law):

The above in the form of prior criminal history points which can be used at sentencing (the Pet. was put in Category II with 3 points for 3 past crimes) associated thereto was and would be OVERSTATED and EXAGGERATED (See also Sentencing Transcripts pgs. 6-7 Exh A) and were in violation of Blakely, Booker and Fanfan, etc. via the Supreme Court (and of Shepard; pending as of the filing of this Sect. 2255 Petition for Relief) wherein this same data attempted to augment the petitioner's sentence. I wish to preserve my rights to attack this data using D-G4.

The above being a violation of Petitioner's 6th Amend. rights to jury trial with the burden on the Govt. to prove its enhancements via "Burden Of Proof" standards and with all enhancements as per Fifth Amendment rights via Due Process being violated by same, due to the fact that the enhancements were not explicitly featured and detailed as to significance in the Indictment, Plea Agreement, etc.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not presented, and give your reasons for not presenting them:

12A) I had no idea how to go about appealing my case after being abondoned by my legal counsel. I had at that time no proof that my information had been used to successfully prosecute others(And I now have additional facts to offer)

12B) I do not speak English, I did not know how to obtain medical records in this country , or knew (did not) that I could present them to the court myself without a lawyer(and ask the court to verify this data)

12C. I just became aware that Madnatory Min. sentences became"discretionary" via S. Ct. rulings.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

13) Cont... 12D Recent S. Ct. rulings have told me that I could attack sentence enhancements or preserve my rights to do so

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing
    Federal Public Defender, Atty. Terrence Ward of the US D Of CT Court New Haven,CT
                                             141 Church St. 06510

(b) At arraignment and plea
    Michael Moscowitz(of Moscowitz and Giovanniello, LLC)
    Esquire, 7 Elm Street New haven Ct. 06510

(c) At trial
    None, Via Plea Agreement

(d) At sentencing
    Patricia King, Esq. of Moscowitz and Giovanniello, LLC 7 Elm St.
    New Haven, Ct. 06510

(6)

AO 243   (Rev. 2/95)

    (e)  On appeal

      Michael Moscowitz, 7 Elm St. New Haven, CT 06510
      Esquire

    (f)  In any post-conviction proceeding

      None past the <u>Anders</u> Brief nixed Direct Appeal, Pro-Se for now for § 2255

    (g)  On appeal from any adverse ruling in a post-conviction proceeding
      N/A  Yet to be described, but no doubt Pro-Se also if 2255 is unsuccessful
          I have no resources and am indigent, with no English skills or legal
          knowledge.

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐  No ☒    Sentenced on Count One Only

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☒    But I do face deportation following sentence service.

    (a)  If so, give name and location of court which imposed sentence to be served in the future:

      N/A  None

    (b)  Give date and length of the above sentence:

      Sentenced imposed; 120 months (Via a <u>now</u>,<u>not</u> mandated minimum term) with 5 yrs.
      Supervised Release.

    (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☒ None

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.
**Including and due to necessity, an Evidentiary Hearing with Counsel
appointed as the law requires.**    None Involved

                                Signature of Attorney (if any)
                                Armando Silvestre-Contreras
                                Pro- Se

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__2-22-__, 2005
Date

                      X Armando Silvestre
                              Signature of Movant
                    Armando Silvestre-Contreras, Pro-Se
                    REG# 14857-014