

**MANDATE**

D.Conn.
02-cr-276
Dorsey, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 6th day of August two thousand four,

Present:

    Hon. Barrington D. Parker, Jr.,
    Hon. Reena Raggi,
    Hon. Peter W. Hall,
        *Circuit Judges.*



United States of America,
        Appellee,

v.                                                                        04-0085-cr

Armando Silvestre-Contreras,
        Defendant-Appellant.

---

Michael L. Moscowitz, Esq., appellant's counsel, moves to withdraw, pursuant to *Anders v. California*, 386 U.S. 738 (1967), from representing the above-captioned appeal. The Government moves to dismiss the appeal, or, alternatively, for summary affirmance. Upon due consideration, it is ORDERED that Moscowitz's motion to withdraw pursuant to *Anders* and the Government's motion for summary affirmance are granted. It is further ORDERED that the Government's motion to dismiss based on the appeal waiver is denied as moot.

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk

        By: *Richard Alcantara*
        Richard Alcantara, Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

ISSUED AS MANDATE: 5/9/05