UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Armando SILVESTRE-CONTRERAS, | : | |
|     Petitioner | : | |
| | : | No. 3:02cr276 (PCD) |
| v. | : | No. 3:05cv339 (PCD) |
| | : | |
| UNITED STATES of AMERICA, | : | |
|     Respondent | : | |

RULING ON PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS

The Petitioner, Armando Silvestre-Contreras, moves [Doc. Nos. 62, 1] pursuant to 28 U.S.C. § 1915 for Leave to Proceed Without Prepayment of Fees. Based solely upon the information provided in Petitioner's Application, his Motion is **granted**.

SO ORDERED.

Dated at New Haven, Connecticut, October  31 , 2005.

/s/<br>
Peter C. Dorsey<br>
United States District Judge