UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Armando SILVESTRE-CONTRERAS, : | |
|     Petitioner : | |
| : | No. 3:02cr276 (PCD) |
| v. : | No. 3:05cv339 (PCD) |
| : | |
| UNITED STATES of AMERICA, : | |
|     Respondent : | |

ORDER TO SHOW CAUSE

The Petitioner, Armando Silvestre-Contreras, moves [Doc. Nos. 61, 2] to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. It is hereby

ORDERED, that Respondents show cause on or before December 2, 2005, why said motion should not be granted, and it is further

ORDERED, that service by the United States Marshal of the Order to Show Cause, together with a copy of the motion on the United States Attorney for the District of Connecticut on or before November 9, 2005, be deemed sufficient service.

SO ORDERED.

Dated at New Haven, Connecticut, October  31 , 2005.

                                                        /s/
                                        Peter C. Dorsey
                                United States District Judge