UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> RESPONDENT, ) <br> ) <br> V. ) <br> ) <br> ARMANDO SILVESTRE CONTRERAS, ) <br> ) <br> PETITIONER. ) <br> ) | Case No.: 3:02-CR-00276-PCD-1 |

U.S. DISTRICT COURT
NEW HAVEN, CT
2008 JAN 14 P 2:49
FILED

Motion For Transcripts and Plea Agreement

Comes now Petitioner and asks this Court for an Order to supply the Petitioner with copies of Sentencing Transcript, Plea Hearing Transcript and Plea Agreement. Petitioner has recently been transferred to FCI Bennettsville, South Carolina and most of his legal paperwork has been lost during the transfer. Petitioner requires the said documents in order to prepare an Appeal to the Supreme Court as an accurate formulation of an Appeal Brief would be virtually impossible without reference to said documents.

Petitioner is an indigent prisoner without resources to pay for these documents and herewith encloses a forms pauperis application in support of this Motion.

Petitioner respectfully requests that this Court grant said Order so Petitioner may begin formulating his Appeal as he will be time barred in May 2008, so time is of the essence.

Respectfully submitted;

*Armando Silvestre*

Armando Silvestre Contraras
USM # 14857-014

c/o FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512

<u>Certificate of Service</u>

I, Armando Silvestre Contraras, movant in the enclosed Motion, hereby certify that I did mail, via UNITED STATES POSTAL SERVICE, prepaid, in a sealed envelope addressed to the following UNITED STATES DISTRICT COURT, by hand delivering said envelope to a US Federal Bureau of Prisons employee at FCI Bennettsville, on the January 7th. 2008:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT. 06510

*Armando Silvestre*
Armando Silvestre Contraras
Reg. # 14857-014
FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512

## Deposits

| Inmate Reg #: | 14857014 | Current Institution: | Bennettsville FCI |
|---|---|---|---|
| Inmate Name: | SILVESTRE-CONTRERAS, ARMANDO | Housing Unit: | BEN-C-A |
| Report Date: | 01/04/2008 | Living Quarters: | C11-110U |
| Report Time: | 3:32:30 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/2/2008 11:36:17 AM | Sales | ($50.20) | 17 | | $32.75 |
| 1/2/2008 10:45:57 AM | Sales | $0.00 | 3 | | $82.95 |
| 12/28/2007 1:37:21 PM | Inmate Co-pay | ($2.00) | HICP1207 | | $82.95 |
| 12/27/2007 10:33:02 AM | Sales | ($14.95) | 62 | | $84.95 |
| 12/26/2007 1:12:09 PM | Sales | $0.00 | 65 | | $99.90 |
| 12/20/2007 9:04:25 AM | Western Union | $50.00 | 33305908 | | $99.90 |
| 12/6/2007 8:02:17 AM | Payroll - IPP | $7.56 | HIPP1107 | | $49.90 |
| 12/5/2007 11:14:31 AM | Sales | ($7.70) | 79 | | $42.34 |
| 12/2/2007 5:10:42 AM | Lockbox - CD | $50.00 | 70196802 | | $50.04 |
| 11/29/2007 11:39:29 AM | Sales | ($0.41) | 14 | | $0.04 |
| 11/6/2007 11:57:47 AM | Sales | ($5.70) | 9 | | $0.45 |
| 11/6/2007 11:56:58 AM | Sales | ($7.45) | 8 | | $6.15 |
| 10/29/2007 3:30:44 PM | Sales | $5.60 | 70 | | $13.60 |
| 10/25/2007 2:27:08 PM | Sales | ($5.60) | 97 | | $8.00 |
| 10/17/2007 3:01:54 PM | Sales | ($3.60) | 101 | | $13.60 |
| 10/12/2007 8:58:11 AM | Sales | ($5.35) | 30 | | $17.20 |
| 10/6/2007 7:15:48 PM | Phone Withdrawal | ($5.00) | TFN1006 | | $22.55 |
| 10/6/2007 4:15:12 AM | Transfer - In from TRUFACS | $27.55 | TX100607 | | $27.55 |