# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  Case No. 3:02 cr 276 (PCD)

ARMANDO SILVESTRE-CONTRERAS

<u>ORDER RE: REDUCTION OF SENTENCE RE: CRACK COCAINE OFFENSE</u>

At the time of the original sentencing on December 15, 2003, defendant was subject to a 10 year mandatory minimum sentence. Defendant was sentenced to the minimum term required by statute, 120 months imprisonment. As a result, the defendant is not eligible for a reduction in sentence in accordance with 1B1.10, comment. (N.1(A)). Defendant's projected release date is still October 11, 2022.

SO ORDERED.

Dated at New Haven, Connecticut, March 25, 2008.

/s/
Peter C. Dorsey, Senior
United States District Judge